Troy P. Foster #017229
Megan Weides #033552
**The Foster Group, PLLC**
902 W. McDowell Road
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
mweides@thefosterlaw.com
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nedal Ziyadat, an individual, and Patricia Bolden, an individual; David Greene, an individual, and Michael Walker, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Centurion, LLC, a foreign corporation,<br><br>Defendant. | Case No.: 2:21-CV-01997-SRB<br><br>**UNOPPOSED MOTION FOR RELIEF TO EXCLUDE TWO OPT-IN PLAINTIFFS** |

Plaintiffs' counsel received notice from two opt-ins of their request to withdrawal their consent from the settlement on the evening of October 24, 2022. Plaintiffs' counsel immediately notified Defendant's counsel of the same.

The Court issued its Order approving the settlement this morning, October 25, 2022. As part of the terms of the Order and Settlement Agreement, the parties are bound unless she withdraws her consent prior to entry of the Order. The consent of the two opt-ins (Larissa Dettmer and Rene Mumme) was withdrawn prior to the Order, but the

1

undersigned had not yet filed Notice of the Withdrawal.[1]  Given the circumstances, the undersigned respectfully requests that the Court exclude the two opt-ins from the Settlement Agreement and Order.

Parties' counsel have conferred and Defendant has no objection given that it was notified of the withdrawals prior to the Court's Order.

**DATED** this 25th day of October, 2022.

**The Foster Group, PLLC**

/s/ *Troy P. Foster*
Troy P. Foster
Megan Weides
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to anyone listed on the CM/ECF Registrants.

Andrea Lovell, Bar No. 019882
**LITTLER MENDELSON, P.C.**
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801
alovell@littler.com
*Attorneys for Defendant
Centurion, LLC*

---

[1] A Notice of Withdrawal has since been filed this morning under separate cover.

2

By:/s/ *Christina Garcia*

3