IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nedal Ziyadat, an individual; Patricia Borden, an individual; David Greene, an individual; and Michael Walker, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Centurion, LLC, a foreign corporation,<br><br>Defendant. | Case No. 2:21-cv-01997-SRB<br><br>**ORDER** |

Pursuant to the Unopposed Motion for Relief to Exclude Two Opt-In Plaintiffs, and good cause appearing,

**IT IS HEREBY ORDERED** granting said motion (Doc. 52).

**IT IS FURTHER ORDERED** that the opt-ins, Larissa Dettmer and Rene Mumme are excluded from the Settlement Agreement and the Court's Order Approving the Settlement.

Dated this 25th day of October, 2022.

_____
Susan R. Bolton
United States District Judge